# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICITO JIMENEZ GARCIA,<br><br>　　　　　　　　　　Petitioner,<br><br>　v.<br><br>KRISTI NOEM, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 26-cv-00160-BAS-SBC<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR ATTORNEYS' FEES (ECF No. 9)** |

Petitioner Felicito Jimenez Garcia filed a Motion for Attorneys' Fees.  (ECF No. 9.) The Court orders the Government to file a response to the Motion by no later than **March 16, 2026**.  Any reply must be filed no later than **March 23, 2026**,

　　**IT IS SO ORDERED.**

**DATED: March 2, 2026**

_Cynthia Bashant_
**Hon. Cynthia Bashant, Chief Judge
United States District Court**